IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROY L. ANDERSON, | § | |
| TDCJ-CID #483335, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-1078 |
| | § | |
| TEXAS BOARD OF PARDONS | § | |
| AND PAROLES, | § | |
|     Respondent. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum Opinion and Order on Dismissal* of even date, this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk will provide copies of this order to the parties.

Signed at Houston, Texas, July 5, 2006.

_____
Gray H. Miller
United States District Judge